# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRIXMOR GA SPRINGDALE/MOBILE LIMITED PARTNERSHIP,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 24-00309-KD-M |
| **KLYCE ENTERPRISES, INC.; JOHN DOUGLAS KLYCE; and KIMBERLY KLYCE,** | ) ) ) ) ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Order entered March 17, 2025, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Brixmor GA Springdale/Mobile Limited Partnership and against Klyce Enterprises, Inc., John Douglas Klyce, and Kimberly Klyce.

**DONE** and **ORDERED** this the **17th** day of **March 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**